NANCY CURRY, CHAPTER 13 TRUSTEE
606 SOUTH OLIVE STREET, SUITE 950
LOS ANGELES, CA  90014
(213) 689-3014 FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| NAVARRO, GUADALUPE | ) | CASE NO. 2:11-bk-26116-VZ |
| | ) | |
| | ) | **NOTICE OF RESCHEDULED DATE FOR** |
| | ) | **§341(a) MEETING OF CREDITORS** |
| | ) | |
| | ) | |
| | ) | |
| | ) | **New Date:   July 22, 2011** |
| | ) | **Time:        12:00 PM** |
| | ) | **New Place: 725 S. Figueroa Street** |
| Debtor | ) | **Room 103** |
| _____ | ) | **Los Angeles, CA   90017** |

    PLEASE TAKE NOTICE that the §341(a) meeting of creditors in this case

has been **rescheduled** for **July 22, 2011 at the following location:**

**725 South Figueroa Street, Room , Los Angeles, CA  90017**.

The time shall remain the same.


DATED: April 28, 2011                                              /s/Nancy Curry


NTC Reset 341

**PROOF OF SERVICE OF DOCUMENT**

**In Re:** **NAVARRO, GUADALUPE**
**Case No. LA 2:11-bk-26116-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

NANCY CURRY, CHAPTER 13 TRUSTEE
606 S. OLIVE STREET, SUITE 950
LOS ANGELES, CA  90014

The foregoing document described **as NOTICE OF RESCHEDULED DATE FOR §341(a) MEETING OF CREDITORS** will be served  or was served **(a)** on the judge in chambers in the form and manner required by  LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 28, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On April 28, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
NAVARRO, GUADALUPE
8469 MOUNTAIN VIEW AVE.
SOUTH GATE, CA 90280

Attorney for Debtor
IN PRO PER
,    -

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on April 28, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 28, 2011 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

NTC Reset 341

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:11-bk-26116-VZ<br>Central District Of California<br>Los Angeles<br>Fri Apr 29 08:04:32 PDT 2011 | (p)EMPLOYMENT DEVELOPMENT DEPARTMENT<br>STATE OF CALIFORNIA<br>BENEFIT OVERPAYMENT COLLECTION SECTION<br>MIC 91<br>PO BOX 826218<br>SACRAMENTO CA 94230-6218 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Nationstar Mortgage<br>P O Box 829009<br>Dallas, TX 75382-9009 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| CR TITLE SERVICES INC<br>POB 16128<br>TUCSON AZ 85732-6128 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DR<br>LEWISVILLE TX 75067-4177 | United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017-5524 |
| Guadalupe Navarro<br>8469 Mountain View Ave<br>South Gate, CA 90280-2124 | Nancy K Curry (TR)<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014-1668 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Nationstar Mortgage<br>PO BOX 829009<br>Dallas, TX 75382-9009 | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients     1<br>Total                   11 |