FORM CACB (od13g VAN–159) (01/2010)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
# [11 U.S.C. §§ 1307 AND 349]

**DEBTOR INFORMATION:**
Guadalupe Navarro
aka Guadalupe E Navarro

**BANKRUPTCY NO.** 2:11–bk–26116–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8393
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 7/25/11

**Address:**
8469 Mountain View Ave
South Gate, CA 90280–0000

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and:

(1)   debtor's bankruptcy case is dismissed;

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3)   pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition unless:

   (a)   debtor files a motion to request permission to file a new bankruptcy case and the motion is supported by admissible evidence;

   (b)   debtor serves the motion on all creditors;

   (c)   debtor schedules the motion for hearing; and

   (d)   the court grants the motion.

Dated: July 25, 2011

BY THE COURT,
**Vincent P. Zurzolo**
United States Bankruptcy Judge